United States District Court
Southern District of Texas

**ENTERED**

October 16, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SKYLAR HAMMAN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-00092 |
| | § | |
| WESTERN EDGE CONSTRUCTION, | § | |
| LLC, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered the Joint Motion to Approve Settlement filed by Plaintiffs and Defendants Mark and Cindy Tucker (Dkt. 70). Having reviewed the motion and the executed settlement agreement (Dkt. 70, Exh. 1), the Court finds that the Settlement Agreement should be **APPROVED**. Accordingly, the Court hereby **ORDERS** the following:

1.  The settlement is **APPROVED**;
2.  Mark and Cindy Tucker shall make the payments set forth in the Settlement Agreement (Dkt. 70, Exh. 1) according to the schedule and manner agreed to by the parties;
3.  The payments by Mark and Cindy Tucker shall be made payable (or otherwise directed) to the trust account of Dow Golub Remels & Gilbreath, PLLC. Dow Golub Remels & Gilbreath shall hold such payments in trust for the Plaintiffs and shall disburse them at the time and in the manner agreed to by the parties in the Settlement Agreement (Dkt. 70, Exh. 1);
4.  The Court shall retain continuing jurisdiction to enforce the Settlement Agreement (Dkt. 70, Exh. 1).

5.     The Court shall separately enter Final Judgments against Mark and Cindy
       Tucker and against Western Edge Construction, LLC.

       SIGNED at Galveston, Texas, this 16th day of October, 2018.


                              _____
                              George C. Hanks Jr.
                              United States District Judge