United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SKYLAR HAMMAN, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-00092 |
| § | |
| WESTERN EDGE CONSTRUCTION, § | |
| LLC, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT AGAINST WESTERN EDGE CONSTRUCTION, LLC.

On May 15, 2018, this Court allowed counsel to withdraw from representing, Defendant, Western Edge Construction LLC ("Western"). At that hearing, Western was informed that it would need to hire new counsel if it wished to continue defending itself against Plaintiffs claims. *See Donovan v. Rd. Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) ("[A] corporation as a fictional legal person can only be represented by licensed counsel."). After almost five months, Western has failed to hire new counsel. Accordingly, Western's pleadings in this case are **STRICKEN** and the following judgment, which is agreed-to by Western's only shareholders Cindy and Mark Tucker, is **ENTERED AGAINST IT**. *See Torres v. Krueger*, 596 F. App'x 319, 321 (5th Cir. 2015) (It is appropriate to strike a corporation's pleadings when it refuses to hire counsel); *Memon v. Allied Domecq QSR*, 385 F.3d 871, 874 (5th Cir. 2004) (for the same).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered against Western Edge in the amount of One Million Three Hundred Thirty Thousand Three Hundred Thirty-Three Dollars and Ninety-Eight Cents ($1,330,333.98). This amount is allocated 50% to unpaid wages and 50% to liquidated damages pursuant to the Fair Labor Standards Act. The amounts set forth in this judgment are then allocated to each individual Plaintiff as follows:

| Name | Percentage |
|---|---|
| Brian Adams | 1.209% |
| Alfonso Arreola, Jr. | 3.574% |
| Ramiro Ayala | 1.043% |
| Patrick Dennis | 3.741% |
| Timothy Dennis | 4.357% |
| Adam Estes | 0.594% |
| Daniel Estes | 1.621% |
| Garry Estes | 1.715% |
| Jeffrey Eudaley | 1.586% |
| Edgar Facio | 5.854% |
| Salvador Facio | 3.283% |
| Eric Faust | 7.369% |
| Dave Hamman | 10.002% |
| Skylar Hamman | 2.513% |
| Casey Hayes | 0.814% |
| Steven Hedrick | 5.055% |
| Alfredo Hernandez | 0.126% |
| Christopher Hernandez | 0.126% |
| Manuel Marez | 0.369% |
| Francisco Marin | 2.658% |
| Carlos Martinez | 1.057% |
| Barry Maurice | 6.986% |
| Stewart McGee | 2.122% |
| Josh Meyer | 4.581% |
| Leonard Monnier | 3.987% |
| Jedidiah Morris | 1.071% |
| Stanley Mosher | 2.380% |
| Josh Munton | 1.024% |
| Hector Ortiz | 0.578% |
| Favian Partida | 0.407% |
| Brent Peddicord | 3.055% |
| Matt Petrus | 1.785% |
| Steve Rodgers | 2.510% |
| Rodolfo Silva | 1.595% |
| Levi VanHook | 0.254% |
| Reed VanDeLoo | 2.685% |
| Dennis Walski | 3.913% |

This judgment shall bear post-judgment interest at the applicable post-judgment interest rate of the date this judgment is entered.

SIGNED at Galveston, Texas, this 16th day of October, 2018.

George C. Hanks Jr.
United States District Judge